# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIM. NO. 2008-004 |
| v. ) | |
| ) | |
| MARIO ALEXIS AYALA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

AND Now, this 19th day of May 2008, based on the findings of fact and conclusions of law stated on the record in open court, it is hereby **ORDERED** that the motion of Defendant Mario Alexis Ayala to suppress evidence is **DENIED**.

        By The Court:

_____/s/_____
**HONORABLE HARVEY BARTLE III, C.J.**
**SITTING BY DESIGNATION**

1